**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Katia Zegarra Coronado, | No. CV-26-01818-PHX-JCH (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Before the Court is the Parties' Joint Stipulation to Amend the Briefing Schedule (First Request) (Doc. 22).  Good cause appearing, the Court will grant the parties' request. In the Answer to the Petition, Respondents should address service.

**IT IS ORDERED granting** the Joint Stipulation to Amend the Briefing Schedule (First Request) (Doc. 22).

**IT IS FURTHER ORDERED** that Respondents shall file their Answer to the Petition for Writ of Habeas Corpus (Doc. 1) no later than **April 22, 2026**. The Answer should address, *inter alia*, service.  Petitioner shall file her Reply no later than **April 29, 2026**.

Dated this 20th day of April, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge