**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Katia Zegarra Coronado, | No. CV-26-01818-PHX-JCH |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Before the Court is Magistrate Judge Alison S. Bachus's Report and Recommendation ("R&R") (Doc. 32) recommending granting in part and denying in part the Petition. Neither party objected to the R&R. *See generally* Docket.

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

///

After independent review, the Court is satisfied that Judge Bachus's recommendation is sound. The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED:**

1. The R&R (Doc. 32) is **adopted in full**.

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for a bond hearing. Respondents must provide Petitioner with a bond hearing within **thirty (30) days**, at which hearing the government must bear the burden of showing that Petitioner should not be released on bond because Petitioner is a flight risk or a danger to the community. The remainder of the Petitioner is **denied without prejudice**.

3. Respondents must provide a notice of compliance within **three days** of providing Petitioner a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 18th day of June, 2026.

_____
John C. Hinderaker
United States District Judge